STATE v. PARKS

No. 202A91

Case below: 102 N.C.App. 354

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question denied 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. SHAW

No. 299P91

Case below: 103 N.C.App. 268

Petition by Attorney General for writ of supersedeas and temporary stay denied 8 July 1991. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. SPELLER

No. 272P91

Case below: 102 N.C.App. 697

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

STATE v. WETHERINGTON

No. 285P91

Case below: 102 N.C.App. 824

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.